537 U.S. 1138
 ALARCON
v.
UNITED STATES.
ANDAVAZO-SANTANA
v.
UNITED STATES. (48
Fed. Appx. 107);
BALAM-UN
v.
UNITED STATES (48 Fed. Appx. 107);
COLAN-ESPINOZA
v.
UNITED STATES (48 Fed. Appx. 107);
DELGADILLO-FRAYRE
v.
UNITED STATES (48 Fed. Appx. 107);
GALLARDO-MORENTE
v.
UNITED STATES (48 Fed. Appx. 106);
HERRERA-OCHOA
v.
UNITED STATES (48 Fed. Appx. 106);
MARTINEZ
v.
UNITED STATES (48 Fed. Appx. 107);
MEZA-GAMBOA
v.
UNITED STATES (48 Fed. Appx. 107); and
SALAZAR-DE LICON
v.
UNITED STATES (48 Fed. Appx. 106).
 No. 02-7709.
 Supreme Court of United States.
 January 13, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 48 Fed. Appx. 107.